**FILED**

**May 27, 2010**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002665252

Total pages: 2

JAMES E. SALVEN
Chapter 7 Trustee
8427 N. Millbrook Ave., Suite 101
Fresno, California 93720
(559) 230-1095

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of | Case No. 09-17918-B-7 |
| | DC No. JES-1 |
| ARTURO & ADALUZ RAMIREZ, | **MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY** |
| Debtors. _____/ | Date: July 7, 2010<br>Time: 10:00 a.m.<br>Dept: B |

TO THE HONORABLE W. RICHARD LEE UNITED STATES BANKRUPTCY JUDGE:

James Salven respectfully represents:

1.    He is the duly appointed, qualified and acting trustee of the above-entitled estate.

2.    The above-captioned case was filed under Chapter 7 on August 20, 2009.

3.    This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b) (2) (A). This motion is brought pursuant to 11 U.S.C. §363.

4.    Among the assets of this estate is a 2003 Oldsmobile Bravada bearing VIN 1GHDT13S832223823 and a 2004 GMC Sierra pickup bearing VIN 2GTEC19V041115368.

1     5.    The trustee has obtained an offer from the debtor(s)

2 Arturo & Adaluz Ramirez to purchase said asset(s), for the sum of

3 $8,775, less a validly claimed exemption of $2,550 for a net cash

4 amount to the estate of $6,225.

5     6.    The trustee has not agreed to pay commissions to any party

6 in connection with the proposed sale.

7     7.    The property is to be sold subject to liens and

8 encumbrances of records of which there are none known.

9     8.    Said offer is the best and highest offer received for said

10 property and, in the opinion of the trustee, said offer is for the

11 full and fair market value of said property.

12     9.    The trustee believes that confirmation of said sale on the

13 terms set forth above is in the best interest of the creditors of

14 this estate and all parties in interest.

15     **WHEREFORE**, the trustee prays that after appropriate notice and

16 opportunity to be heard, he be authorized to sell the above-

17 described assets to the debtor(s) Arturo & Adaluz Ramirez.

18

19 DATED: _5/27/10_

20                                     JAMES E. SALVEN,
Movant

21

22

23

24

25

26

27

28